01

02

03

04

05

06        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07            AT SEATTLE

08 KURT JEFFREY ANGELONE,    ) CASE NO. C09-1103-MJP-MAT
                )
09    Petitioner,      )
                )
10   v.          ) ORDER DENYING REQUEST FOR
                ) APPOINTMENT OF COUNSEL
11 PATRICK GLEBE,      )
                )
12    Respondent.     )
  _____ )

13

14    Petitioner Kurt Jeffrey Angelone proceeds *pro se* and *in forma pauperis* (IFP) in this

15 habeas case.  He seeks appointment of counsel to represent him. (Dkt. 8.)  As petitioner's

16 petition was only recently served, there is no response from respondent.  Now, having

17 reviewed petitioner's request, as well as the remainder of the record, the Court does hereby find

18 and ORDER:

19    (1)  Petitioner's motion for appointment of counsel is DENIED.  There is no right

20 to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless and evidentiary

21 hearing is required.  *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v.*

22 *Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Seciton

01  2254 Cases in the United States District Courts.   The Court may exercise its discretion to

02  appoint counsel for a financially eligible individual where the "interests of justice so require."

03  18 U.S.C. § 3006A.   Here, petitioner fails to demonstrate that the interests of justice are best

04  served by appointment of counsel at the present.

05          (2)       The Clerk is directed to send a copy of this Order to the parties and to the

06  Honorable Marsha J. Pechman.

07          DATED this <u>9th</u> day of September, 2009.

08

09                                                          _____
                                                            Mary Alice Theiler

10                                                          United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22