UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT ANGELONE,

        Plaintiff(s),

  v.

PATRICK GLEBE,

        Defendant(s).

NO. C09-1103MJP

ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled Court, having received and reviewed

1. Report and Recommendation (Dkt. No. 22)
2. Petitioner's Objections to the Magistrate's Report and Recommendation (Dkt. No. 23)
3. Petitioner's Addendum to His Objections to the Magistrate's Report and Recommendation (Dkt. No. 24)

and all attached declarations and exhibits and the remainder of the record, makes the following ruling:

IT IS ORDERED that the recommendation of the Magistrate Judge is ADOPTED; Petitioner's motion for discovery and a stay (Dkt. No. 14) is DENIED, Petitioner's habeas petition is DENIED and this action is DISMISSED with prejudice.

The procedural facts of this matter are fully described in the Report and Recommendation; the Court will not repeat them here. They establish, beyond a doubt, that Petitioner's filings in state court to appeal his conviction and his sentence were beyond the statute of limitations and subject to dismissal because they were untimely.

Federal law, in turn, clearly holds that a state post-conviction petition rejected by the state court as untimely is not "properly filed" within the meaning of the federal Antiterrorism and

**ORDER ADOPTING**
**RPT & RECOMM - 1**

Effective Death Penalty Act of 1996 (28 U.S.C. § 2244) (Pace v. DiGuglielmo, 544 U.S. 408, 410 (2005)). Petitioner thus has no recourse from his untimely state court filings through the federal court system.

Although the federal statute of limitations is subject to equitable tolling (Laws v. Lamarque, 351 F.3d 919, 922 (9th Cir. 2003), that remedy is available "only when extraordinary circumstances beyond a prisoner's control make it impossible to file a petition on time and the extraordinary circumstances were the cause of his untimeliness." Id. (internal quotation marks and citation omitted). Likewise, if some new facts hitherto unavailable to a petitioner come to light, those may be plead as grounds for tolling of the statute. None of the circumstances which Petitioner lays out as the grounds for his appeal (his innocence, the coercive nature of his plea, the legal improprieties in his "third strike" sentencing) constitute "extraordinary circumstances" beyond his control, or new factual information which he could not have produced in a more timely fashion.

The Court is compelled by law to adopt the recommendation of the Magistrate Judge, deny Petitioner's appeal and dismiss his matter with prejudice.

The clerk is ordered to provide copies of this order to Petitioner, all counsel and to Judge Theiler.

Dated: December _ 16_, 2009

*[signature]*
Marsha J. Pechman
U.S. District Judge

**ORDER ADOPTING**
**RPT & RECOMM - 2**