UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT ANGELONE,<br><br>        Petitioner(s),<br><br> v.<br><br>PATRICK GLEBE,<br><br>        Respondent(s). | NO. C09-1103MJP<br><br>ORDER ON REQUEST FOR<br>CERTIFICATE OF APPEALABILITY |

The above-entitled Court, having received and reviewed Petitioner's Notice of Appeal and Application for Certificate of Appealability (Dkt. No. 27), and finding that Petitioner has failed to make a substantial showing of (1) the denial of a constitutional right, (2) a manifest error of law on the part of this Court, or (3) new facts or law unavailable to Petitioner at the time he filed his habeas petition, enters the following order:

IT IS HEREBY ORDERED that Petitioner's request for a Certificate of Appealability is DENIED.

The clerk is directed to provide copies of this order to Petitioner and all counsel of record.

Dated: February 5, 2010

Marsha J. Pechman
U.S. District Judge

ORD ON REQUEST FOR CERT OF APP - 1